IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AUTO-OWNERS INSURANCE CO., et al. | ) ) ) |
| v. | ) NO. 3-14-1353 ) JUDGE CAMPBELL |
| A.G.O. CONTRACTING, INC., et al. | ) ) |

ORDER

The parties have filed a Stipulation of Voluntary Dismissal with Prejudice (Docket No. 139), indicating that the matters in dispute herein have been resolved. Accordingly, this action is DISMISSED with prejudice, both as to Plaintiffs' claims and Defendant Cardenas' Cross-Claims, and the Clerk is directed to close the file.

Any pending Motions are denied as moot. The pretrial conference set for October 7, 2016, and the jury trial set for October 18, 2016, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE